SEP 9 2024 PM 2:31
FILED-USDC-CT-New Haven

United States District Court
District Of Connecticut

United States of America   vs.   Carlos Antonio Crespo-Febus

Case No. 3:21CR166 (MPS)

Motion For Return Of Property Seized

The defendant Carlos Antonio Crespo-Febus request the Court to Order the government to return the defendant's seized property. The Court has closed the case and so accordingly the property should be returned.

Dated Sept. 3rd 2024    Respectfully Submitted,
X Carlos Crespo
FCI Hazelton
P.O. Box 5000
Bruceton Mills WV 26525

Certificate Of Service
A true and correct copy was served via 1st Class Postage Paid Mail on Margaret Donovan AUSA, United States Attorneys Office 157 Church Street, 25th Floor, New Haven, CT 06510

Done this 3rd day of September 2024, X Carlos Crespo

X Carlos Crespo

Carlos Antonio Cruz-Rodriguez
Reg. No. 41652-069
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

Office Of The Clerk
Richard C. Lee U.S. Courthouse
141 Church St.
New Haven, CT 06510

Legal Mail